IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

BLUE EARTH ENVIRONMENTAL CONSTRUCTION INC, and BLUE EARTH ENVIRONMENTAL COMPANY, INC.,

Defendants.

Civil File No.: 00-CV-2566-DSD / SRN

STIPULATION OF DISMISSAL WITH PREJUDICE

The above-entitled action having been fully, finally and completely compromised and settled between the parties for good and valuable consideration, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto and through their respective attorneys of record that the above-entitled action be, and the same hereby is, dismissed with prejudice and on the merits without costs or disbursements to either party. Either party may forthwith and without Notice to the other apply to this Court pursuant to the provisions of this Stipulation for an Order directing that Judgment be entered in accordance herewith.

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-28-02
DEPUTY CLERK

Dated: March 20, 2002

McGRANN, SHEA, ANDERSON, CARNIVAL, STRAUGHN & LAMB

Pamela H. Nissen, ID #259810
Attorneys for Plaintiffs
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

Dated: March 15, 2002

BLETHEN, GAGE & KRAUSE, PLLP

Silas Danielson, #249002
Attorneys for Defendants
127 South Second Street
P.O. Box 3049
Mankato, MN 56002-3049
Telephone: (507) 345-1166

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED, that the above-entitled action be, and the same hereby is, dismissed with prejudice upon the merits and without costs or disbursements to either party.

Dated this 28th day of March, 2002.

Judge, United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED That the above-entitled action be, and the same hereby is, dismissed with prejudice and upon the merits without costs or disbursements to either party.

Dated this ______ day of ______________, 2002.

Court Administrator